UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**GREGORY BROUSSARD**      **CIVIL ACTION NO. 13-cv-372**

**VERSUS**      **JUDGE HAIK**

**LAFAYETTE CITY-PARISH**      **MAGISTRATE JUDGE HANNA**
**CONSOLIDATED GOVERNMENT**

### ORDER REGARDING JURISDICTION

The record shall reflect that this court conducted a review of the pleadings to determine whether the requirements for federal question jurisdiction have been satisfied. The undersigned finds that the pleadings present claims arising under the Constitution, laws, or treaties of the United States, including claims under the Uniform Services Employment and Reemployment Rights Act (USERRA) at 38 USC 4301 et seq., over which claims the Court shall have original jurisdiction per 28 U.S.C. §1331.

Signed at Lafayette, Louisiana this 26th day of July, 2013.

_____
Patrick J. Hanna
United States Magistrate Judge